ACCEPTED
15-25-00021-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/18/2025 8:50 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00021-CV

In the Fifteenth Court of Appeals
Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

3/18/2025 8:50:42 AM

CHRISTOPHER A. PRINE
Clerk

PFIZER INC. and TRIS PHARMA, INC.,
Petitioners/Defendants,

v.

The STATE OF TEXAS and TARIK AHMED,
Respondents/Plaintiffs.

Permissive appeal from the 71st Judicial District Court, Harrison County, Texas

## RESIDENT COUNSEL EDWARD D. BURBACH'S UNOPPOSED MOTION IN SUPPORT OF STEFAN P. SCHROPP'S UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*

Edward D. Burbach (No. 03355250)
Stacy R. Obenhaus (No. 15161570)
600 Congress, Suite 2900
Austin, Texas 78701
eburbach@foley.com
sobenhaus@foley.com
Tel: 512.542.7070

George Valton ("Val") Jones
(No. 10888050)
109 West Austin St.
Marshall, Texas 75670-3340
val@valjoneslaw.com
Tel: 903.927.2220

Samantha Barrett Badlam
(Pro hac pending)
Stefan P. Schropp
(Pro hac pending)
2099 Pennsylvania Ave., N.W.
Washington, D.C. 20006-6807
samantha.badlam@ropesgray.com
stefan.schropp@ropesgray.com
Tel: 202.508.4734

*Counsel for Pfizer Inc.*

TO THE HONORABLE JUDGE OF THE COURT:

I, Edward D. Burbach, file this Motion in Support of the Motion of Stefan P. Schropp for Admission *Pro Hac Vice* pursuant to Texas Rules Governing Admission to the Bar of Texas, Rule XIX(b).

## BACKGROUND

1. I am a practicing attorney and member in good standing with the State Bar of Texas and admitted to practice in the courts of Texas. My State Bar number is 03355250 and contact information is as follows:

> FOLEY & LARDNER LLP
> 600 Congress, Suite 2900
> Austin, Texas 78701
> eburbach@foley.com
> Tel: 512.542.7070

2. I am employed as an attorney on this case, and I am associated with Stefan P. Schropp. Stefan P. Schropp is a reputable attorney in the states and jurisdictions in which he is licensed to practice. Therefore, I recommend that he be granted permission to appear in this case. Applicant Schropp has complied with the Rules Governing Admission to the Bar of Texas, Tex. R. Govern. Bar. Adm'n, XIX(b).

3. I will continue to personally participate in the appeal of this case as counsel for Petitioner/Defendant, Pfizer Inc., as will my law firm, Foley & Lardner LLP.

WHEREFORE, Movant, Edward D. Burbach, requests that the Court grant the Unopposed Motion for Admission *Pro Hac Vice* of Stefan P. Schropp and permit him to appear before this Honorable Court in representation of Pfizer Inc. until the conclusion.

Respectfully submitted,

By: */s/ Edward D. Burbach*
Edward D. Burbach (No. 03355250)
**FOLEY & LARDNER LLP**
600 Congress, Suite 2900
Austin, Texas 78701
eburbach@foley.com
Tel: 512.542.7070

*Counsel for Pfizer Inc.*

## CERTIFICATE OF CONFERENCE

I hereby that on March 14, 2025, counsel for Pfizer, Inc. conferred with Appellants' counsel about the relief requested in this motion. Appellants' counsel responded that Appellants are unopposed.

 */s/ Edward D. Burbach*
Edward D. Burbach (No. 03355250)

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served by delivery to counsel below

by email and through the electronic case manager on March 17, 2025:

| | |
|---|---|
| **COUNSEL FOR THE STATE OF TEXAS** | **BROWN, LLC** |
| Jonathan Bonilla | Jason T. Brown |
| Jordan Underhill | jtb@jtblawgroup.com |
| Vivian Egbu | Patrick S. Almonrode |
| Brittany Peters | patalmonrode@jtblawgroup.com |
| Office of the Attorney General, Civil Medicaid Fraud Division | 111 Town Square Place, Suite 400 |
| P.O. Box 12548, Capitol Station | Jersey City, NJ 07310 |
| Austin, TX 78711-2548 | (877) 561-0000 |
| jonathan.bonilla@oag.texas.gov | |
| jordan.underhill@oag.texas.gov | **POTTER MINTON, P.C.** |
| vivian.egbu@oag.texas.gov | Michael E. Jones |
| brittany.Peters@oag.texas.gov | mikejhones@potterminton.com |
| (512) 475-4169 | E. Glenn Thames, Jr. |
| | glennthames@potterminton.com |
| | 102 North College, Suite 900 |
| | Tyler, TX 75702 |
| | (903) 597-8311 |

*/s/ Edward D. Burbach*
Edward D. Burbach

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Paul Lang on behalf of Edward Burbach
Bar No. 3355250
paul.lang@ropesgray.com
Envelope ID: 98564310
Filing Code Description: Motion
Filing Description: Unopposed Motion of Non-Resident Attorney Stefan P. Schropp for Admission Pro Hac Vice
Status as of 3/18/2025 9:01 AM CST

Associated Case Party: Pfizer Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kristin Hernandez | | kristin.hernandez@foley.com | 3/18/2025 8:50:42 AM | SENT |
| Stefan Schropp | | stefan.schropp@ropesgray.com | 3/18/2025 8:50:42 AM | SENT |
| Samantha BarrettBadlam | | samantha.badlam@ropesgray.com | 3/18/2025 8:50:42 AM | SENT |
| Edward Burbach | | eburbach@foley.com | 3/18/2025 8:50:42 AM | SENT |
| George Valton | | val@valjoneslaw.com | 3/18/2025 8:50:42 AM | SENT |
| Stacy Obenhaus | | sobenhaus@foley.com | 3/18/2025 8:50:42 AM | SENT |

Associated Case Party: Tris Pharma Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Harry Gillam | 7921800 | gil@gillamsmithlaw.com | 3/18/2025 8:50:42 AM | SENT |
| Andrew Gorham | 24012715 | tom@gillamsmithlaw.com | 3/18/2025 8:50:42 AM | SENT |
| William E.Lawler, III | | william.lawler@blankrome.com | 3/18/2025 8:50:42 AM | SENT |
| Bobbye Pyke | | Bobbye.Pyke@blankrome.com | 3/18/2025 8:50:42 AM | SENT |
| Huaou Yan | | huaou.yan@blankrome.com | 3/18/2025 8:50:42 AM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jonathan Bonilla | 24073939 | Jonathan.Bonilla@oag.texas.gov | 3/18/2025 8:50:42 AM | SENT |
| Jordan Underhill | 24102586 | jordan.underhill@oag.texas.gov | 3/18/2025 8:50:42 AM | SENT |
| Nadia Burns | 24041176 | nadia.burns@oag.texas.gov | 3/18/2025 8:50:42 AM | SENT |
| Vivian Egbu | | vivian.egbu@oag.texas.gov | 3/18/2025 8:50:42 AM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Paul Lang on behalf of Edward Burbach
Bar No. 3355250
paul.lang@ropesgray.com
Envelope ID: 98564310
Filing Code Description: Motion
Filing Description: Unopposed Motion of Non-Resident Attorney Stefan P. Schropp for Admission Pro Hac Vice
Status as of 3/18/2025 9:01 AM CST

Associated Case Party: Tarik Ahmed

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Earl Thames | 785097 | Glennthames@potterminton.com | 3/18/2025 8:50:42 AM | SENT |
| Jason T.Brown | | jtb@jtblawgroup.com | 3/18/2025 8:50:42 AM | SENT |
| Patrick S.Almonrode | | patalmonrode@jtblawgroup.com | 3/18/2025 8:50:42 AM | SENT |
| Michael E.Jones | | mikejones@potterminton.com | 3/18/2025 8:50:42 AM | SENT |